STATE OF CONNECTICUT *v.* MYRON LEE
(7429)

BORDEN, O'CONNELL and FOTI, Js.

Argued April 11—decision released April 18, 1990

*John J. Buckley,* special public defender, for the appellant (defendant).

*Julia DiCocco Dewey,* assistant state's attorney, with whom, on the brief, was *John Redway,* state's attorney, for the appellee (state).

PER CURIAM. We have examined the defendant's claims and conclude that they are without merit. See *State* v. *Smith,* 18 Conn. App. 368, 370 n.1, 558 A.2d 257 (1989).

There is no error.